This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.**                                                             **No. 32,874**

**RUSSELL RANKIN,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Brett R. Loveless, District Judge**

Gary K. King, Attorney General
Pranava Upadrashta, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Acting Chief Public Defender
Sergio J. Viscoli, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

**{1}** Rankin appeals his sentence, arguing that the district court erred in the amount of presentence confinement credit it awarded him. In our notice of proposed summary disposition, we proposed to agree that the district court erred. However, we stated that, contrary to Rankin's arguments, we believed that the district erred by awarding Rankin more credit than he was entitled to, rather than less. We stated that it appeared that the district court properly refused to award credit for the 428-day period during which Rankin was incarcerated prior to sentencing in both a prior case and in this one, but that it erred in awarding credit for the 502-day period during which Rankin was serving a sentence in the prior case and awaiting sentencing in this one. We therefore proposed to reverse and remand for resentencing without the 502-day credit.

**{2}** The State has filed a memorandum in support of this Court's proposed summary disposition. Rankin has not filed a memorandum in opposition, and the time for doing so has passed. See Rule 12-210(D)(3) NMRA. Accordingly, for the reasons stated in our notice of proposed summary disposition, we reverse and remand for resentencing without the 502-day credit. *See Frick v. Veazey,* 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287 ("Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice.").

**{3}** **IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**CYNTHIA A. FRY, Judge**